# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**VANN TUCKER**  **PETITIONER**
**ADC #121165**

**VS.**   **CASE NO.: 5:12CV00108 BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs. Vann Tucker's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 12th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE